UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HITHAM ABUHOURAN,

    Petitioner,

    v.

J. GRONDOLSKY,

    Respondent.

Civ. No. 08-4379(DRD)

**ORDER**

Petitioner, Hitham Abuhouran, having filed a motion for a bail hearing, and the Court having concluded that the motion is nothing more than a repeat of the Rule 60(b)(6) motion that the Court dismissed on June 1, 2011;

IT is this 20th day of July, 2011 **ORDERED** that Petitioner's motion for a bail hearing is denied.

DICKINSON R. DEBEVOISE
U.S.S.D.J.